JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**  Under Seal: Yes ___  No X    Judge Assigned: Alston
City  Alexandria   Superseding Indictment ___    Criminal Number: 1:22-cr-00122
County/Parish ___   Same Defendant ___   New Defendant  X
Magistrate Judge Case Number ___   Arraignment Date: ___
Search Warrant Case Number ___
R 20/R 40 from District of ___
Related Case Name and No:  1:20-cr-158

Defendant Information:
Juvenile – Yes ___ No x   FBI# ___
**Defendant Name:** Julio Rene Sotomayor   Alias Name(s) (a/k/a "Jace Sotomayor"; "J.R. Sotomayor"; "Wizard")
**Address:** Alexandria, VA, 22301-1800
**Employment:** ___
**Birth date** 1958   SS# xxx-xx-5613  Sex M  Def Race ___   Nationality ___   Place of Birth ___

**Height** 6'.0"   **Weight** 235   **Hair** Brown   **Eyes** Brown   Scars/Tattoos ___
**Interpreter:** X No ___ Yes  List language and/or dialect: ___   Automobile Description ___
Location Status:
Arrest Date ___
___ Already in Federal Custody as of ___ in ___
___ Already in State Custody   ___ On Pretrial Release   X Not in Custody
___ Arrest Warrant Requested   ___ Fugitive   X Summons Requested
___ Arrest Warrant Pending   ___ Detention Sought   ___ Bond

Defense Counsel Information:
Name:  Eric Sitarchuk   ___ Court Appointed   ___ Counsel conflicted out:
Address:  1701 Market St., Philadelphia, PA 19103   X Retained
Telephone: 215-563-5840   ___ Public Defender   ___ Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
AUSA  Edward P. Sullivan   Telephone No: 202-514-1400   Bar# 2731032 (NY)

Complainant Agency, Address & Phone Number or Person & Title:
SA Matt Lariccia, FBI, WFO / NVRA / CR 15, 601 4th Street NW, Washington, DC 20535-0001 (Tel: (703) 686-6166)

U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 201(b)(1) and 2 | Bribery | 2 | Felony |
| Set 3 | 18 U.S.C. §§ 1343, 1346, and 2 | Honest Services Wire Fraud | 3-6 | Felony |

(May be continued on reverse)

Date:  July 2, 2022   Signature of AUSA: *ESullivan*   Special Assistant U.S. Attorney (LT)

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):** _____

## U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |