AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>JULIO R. SOTOMAYOR<br>(a/k/a "JACE SOTOMAYOR"; "J.R. SOTOMAYOR"; "WIZARD")<br><br>*Defendant* | ) ) ) ) Case No. 1:22-cr-122 ) ) ) ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | U.S. District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 601 |
|---|---|---|
| | | Date and Time: 7/13/2022 at 11:00am |

This offense is briefly described as follows:
Count 1: 18 U.S.C. § 371 (Conspiracy)
Count 2: 18 U.S.C. §§ 201(b)(1) and 2 (Bribery)
Counts 3-4: 18 U.S.C. §§ 1343 and 1346, and 2 (Honest Services Wire Fraud)
Forfeiture Notice

Date: 7/7/22

COPY

*Issuing officer's signature*

JLanham, D. Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

_____
*Printed name and title*