# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Julio R. Sotomayor<br>*Defendant* | )<br>)<br>)  Case No.  1:22-cr-00122-RDA-1<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Julio R. Sotomayor

Date: 07/19/2022

*Attorney's signature*

Jonathan York 93864
*Printed name and bar number*

1111 Pennsylvania Avenue NW
Washington, DC 20004

*Address*

jonathan.york@morganlewis.com
*E-mail address*

(202) 739-5394
*Telephone number*

(202) 739-3001
*FAX number*