| | | |
|---|---|---|
| Date: 7/21/2022 | Judge: Alston | Reporter: T. Harris |
| Time: 10:37 to 11:07 | | Interpreter: |
| | | Language: |
| | | Update Deadlines: |
| UNITED STATES of AMERICA | | Prob. Copies: |
| Vs. | | PTS Copies: |
| | | AUSA Copes: |

Julio R. Sotomayor    1:22CR00122-001
Defendant's Name     Case Number

Jonathan York, John Pease    Edward Sullivan, Heidi Gesch
Counsel for Defendant        Counsel for Government

Matter called for:
( ) Motions            ( ) Setting Trial Date    ( ) Change of Plea Hrg.    ( ) Rule 35
(✓) Arraignment        ( ) Appeal from USMC     ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.            ( ) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared:    (✓) in person         ( ) failed to appear
                       (✓) with Counsel      ( ) without counsel          ( ) through counsel

[9] Motion to appear Pro Hac Vice by John J. Pease III – Granted.

Arraignment & Plea:
(✓) WFA    ( ) FA    ( ) PG    (✓) PNG    Trial by Jury:    (✓) Demanded    ( ) Waived

Defendant waives speedy trial; Speedy Trial Waiver entered.

Case continued to 1/23/2023 (to 1/31/2023) at 9:00 for: (✓) Jury Trial    ( ) Bench Trial    ( ) Sentencing

Discovery order to submitted by 8/1/2022.

Counsel indicated that a motion for protective order would be filed.

Due Process Protections Act Order entered.

Defendant placed on bond with conditions.

Bond Set at: $_____    ( ) Unsecured        ( ) Surety                  (✓) Personal Recognizance
(✓) Release Order Entered   ( ) Deft. Remanded   ( ) Deft. Released on Bond  ( ) Deft. Continued on Bond

Defendant is: ( ) In Custody    ( ) Summons Issued    ( ) On Bond    ( ) Warrant Issued    (✓) 1st appearance