IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:22-cr-0122 (RDA) |
| JULIO R. SOTOMAYOR (a/k/a "JACE SOTOMAYOR"; "J.R. SOTOMAYOR"; "WIZARD"), | |
| Defendant. | |

## NOTICE REGARDING DISCOVERY ORDER

The United States respectfully advises the Court that the parties have conferred with each other about the possibility of using the standard discovery order for the U.S. Attorney's Office for the Eastern District of Virginia. The parties, to date, have not reached agreement regarding the use of this standard discovery order. The government therefore submits that the parties, for now, will produce discovery and any requisite notices pursuant to, and consistent with, the Federal Rules of Criminal Procedure, the Local Court Rules for the Eastern District of Virginia, and governing caselaw. The government, in addition, will seek to continue negotiations with defense counsel regarding a discovery order that is acceptable to both sides.

Dated: August 1, 2022 	Respectfully submitted,

	Jessica D. Aber
	United States Attorney

	Corey R. Amundson
	Chief, Public Integrity Section

By: 	*/s/ Edward P. Sullivan*
	Edward P. Sullivan
	Special Assistant United States Attorney (LT)
	Senior Litigation Counsel, Public Integrity Section
	Heidi B. Gesch
	Assistant United States Attorney

	Office of the United States Attorney
	2100 Jamieson Avenue
	Alexandria, VA 22314
	Tel: (703) 299-3700
	Fax: (703) 299-3981
	Edward.P.Sullivan@usdoj.gov
	Heidi.Gesch@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated:  August 1, 2022

                                                                  Edward P. Sullivan