# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA , <br><br> Plaintiff, <br><br> v. <br><br> JULIO R. SOTOMAYOR <br>(a/k/a "JACE SOTOMAYOR"; "J.R. SOTOMAYOR"; "WIZARD"), <br><br> Defendant. | Criminal No. 1 :22-CR-00122 (RDA) |

### [PROPOSED] ORDER

**AND NOW**, on this __ day of _____, 2022, upon consideration of Defendant Julio R. Sotomayor's Motion to Compel Production Pursuant to Rule 16 and *Brady v. Maryland*, it is hereby **ORDERED** that the Defendant Julio R. Sotomayor's to Compel Production Pursuant to Rule 16 and *Brady v. Maryland* is **GRANTED**.  The government shall produce all remaining transcripts of grand jury testimony sought to be compelled and identify all materials with exculpatory information and all other known *Brady* materials it has produced in this matter to the defense within two (2) weeks of this Order.  The government shall also identify all materials with exculpatory information and all other known *Brady* materials in its existing productions to the defendant and in all future productions.

It is **SO ORDERED**.

_____
HONORABLE ROSSIE D. ALSTON, JR.