# Exhibit A

# Morgan Lewis

**John J. Pease III**
Partner
+1.215.963.5575
john.pease@morganlewis.com

July 29, 2022

**VIA FEDERAL EXPRESS**

Edward P. Sullivan, Esq., Special Assistant U.S. Attorney & Senior Litigation Counsel
Heidi B. Gesch, Esq., Assistant U.S. Attorney
United States Attorney's Office for the Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA  22314

Re:   *United States v. Julio R. Sotomayor*, 1:22-cr-00122-RDA-1

Dear Ed:

Pursuant to the Government's request, enclosed please find a 500 GB encrypted hard drive. Please upload any and all discovery materials being provided in connection with the above-referenced case onto the hard drive. We also request that you provide an index of the materials that provides a description of the documents and corresponding bates ranges. Note, the hard-drive is password protected and the password will be sent separately via email.

Once the documents have been successfully uploaded, please return the hard drive to my colleague, Jonathan York, at the below address:

> Jonathan York, Esq.
> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue, NW
> Washington, DC  20004

If you have any questions, please do not hesitate to contact me.

Sincerely,

*John J. Pease III*

cc:  Jonathan York, Esq.

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921
United States

📞 +1.215.963.5000
📠 +1.215.963.5001



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).