# Exhibit D

# Morgan Lewis

**John J. Pease III**
Partner
+1.215.963.5575
john.pease@morganlewis.com

August 31, 2022

**VIA EMAIL**

Edward P. Sullivan, Esq., Special Assistant U.S. Attorney
Heidi B. Gesch, Esq., Assistant U.S. Attorney
United States Attorney's Office
    for the Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA  22314

Re:     *United States v. Julio R. Sotomayor*, 1:22-cr-00122-RDA-1

Dear Ed and Heidi:

This letter follows up on our August 22, 2022 correspondence and addresses additional requests based on further review of the discovery materials produced by the government. We have received no response to date to our August 22 letter and respectfully request a response to our letter as soon as possible.

We have found documents that show the FBI and your office obtained and executed search warrants for information associated with three email accounts: (1) dsturgis1959@outlook.com, (2) lrn_winfield@yahoo.com, and (3) jrs@jaceco.us.com. *See e.g.,* DOS-00015711, DOS-00015759, and FBI-00028824.  These are the personal email accounts of Diane Sturgis and Lauren Winfield, and our client's email account, respectively.  Discovery materials reflect that the FBI received and reviewed data provided in response to these search warrants.  *See e.g.,* FBI-000041988 and FBI-00049377. Specifically, as of June 2, 2021, you had received and were conducting an attorney-client privilege filter review of a 16GB storage device containing email data from our client's account.

The discovery materials you have provided to date, however, do not appear to include any custodial files from the three email accounts, which we believe will contain information that is highly relevant to the charges in the indictment.  As we noted in our previous letter, we are dependent on receiving and reviewing the most important discovery materials so we can effectively represent our client.  We request that you provide all the data you collected for these email accounts as soon as possible.

We also note that there are nine additional documents that do not appear to have been properly bates-stamped, but rather have file names that appear to be bates numbers: DOS-00000545, DOS-00000967, DOS-00008296, DOS-00008597, DOS-00020178, DOS-00034437, DOS-00034510, DOS-00036942, and DOS-00037253.  Please advise on whether you can provide properly stamped versions of these documents.

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921          T +1.215.963.5000
United States                                        F +1.215.963.5001

August 31, 2022
Page 2

We remain available to discuss the matters we have raised so far.  Thank you for your anticipated cooperation.

Sincerely,

*[signature]*

John J. Pease III


cc:  Jonathan York, Esq.