# Exhibit G

# Morgan Lewis

**John J. Pease III**
Partner
+1.215.963.5575
john.pease@morganlewis.com

October 4, 2022

**VIA EMAIL & COURIER**

Edward P. Sullivan, Special Assistant U.S. Attorney & Senior Litigation Counsel
Heidi B. Gesch, Assistant U.S. Attorney
United States Attorney's Office for the Eastern District of Virginia
Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA  22314

      Re:   **United States v. Julio R. Sotomayor, 1:22-cr-00122-RDA-1**

Dear Ed and Heidi:

      This letter responds to your September 27, 2022 letter.  We have received the third production of discovery materials and have extracted the data from the external hard drive.  We will be returning the external hard drive via courier and will follow up if we encounter any issues with the third production.

      Based on the information provided in your September 27 letter, we ask that you load the following documents onto the hard drive: (1) the smaller fourth production including the supplemental subpoena return from Bank of America and the documents produced by Mr. Arevalo and his companies and (2) the unfiltered material (i.e. materials determined to be privileged by the filter team or otherwise nonresponsive to the search warrant) provided by Web.com for our client's email account in response to the search warrant.

      At this time, we are not requesting the documents provided by Microsoft and Oath Holdings related to Ms. Sturgis and Ms. Winfield's personal email accounts that were deemed nonresponsive to the search warrants that were executed.

Sincerely,

*[signature]*

John J. Pease III

cc:  Jonathan York, Esq.

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA  19103-2921   T +1.215.963.5000
United States   F +1.215.963.5001