# Exhibit J



U.S. Department of Justice

Criminal Division

Public Integrity Section                              Washington, D.C. 20530

October 18, 2022

**BY ELECTRONIC MAIL**

John J. Pease III, Esq.
Jonathan York, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

    Re:    *United States v. Julio R. Sotomayor*, 1:22-cr-00122 (RDA)

Dear Messrs. Pease and York:

    The government's fourth discovery production is available on the external hard drive. Please stop by at your convenience to pick it up. It will be located at the front desk.

    The fourth production consists of two parts. The first part contains documents that are being reproduced to correct various issues that were identified by the government. Any documents with the same bates numbers as those previously produced are intended to replace the previously produced documents in their entirety. The second part contains documents that the government recently processed and eight .pst files that have not yet been processed.

                                  Jessica D. Aber
                                  United States Attorney

                                  Corey R. Amundson
                                  Chief, Public Integrity Section

                                  *Edward P. Sullivan*
                                  Edward Sullivan
                                  Senior Litigation Counsel, Public Integrity Section
                                  Heidi B. Gesch
                                  Assistant United States Attorney