# **EXHIBIT 1**



**U.S. Department of Justice**

Criminal Division

---

*Public Integrity Section*                                                      *Washington, D.C. 20530*

November 3, 2022

**BY ELECTRONIC MAIL**

John J. Pease III, Esq.
Jonathan York, Esq.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

      Re:    *United States v. Julio R. Sotomayor*, 1:22-cr-00122 (RDA)

Dear Messrs. Pease and York:

      This letter responds to your correspondence dated October 25, 2022.  Your most recent letter appears to be part of an effort to generate unfounded discovery disputes and paper the record in purported support of your recently filed motion to compel.  The discovery that we have provided to you is organized, comprehensive, and indexed.  It is also evident from your various letters that you have already reviewed, catalogued, and loaded the discovery into a searchable, electronic platform and are having no problem locating information relating to your client.

      Your repeated suggestion that the government is legally required to provide you with *Jencks* material at this stage is misplaced.  That said, we have provided you with an exceptionally early production of potential *Jencks* material, including interview reports and grand jury transcripts.  Your motion to compel seeks material that has already been produced to you and is therefore moot.  In addition, since we have provided you with an early production of potential *Jencks* material, we ask that you do likewise.  Please let us know early next week when we can pick up your reciprocal discovery, which we have previously requested, and your early production of Rule 26.2 statements.

      You also complain that you received "eight .pst files that have not yet been processed," suggesting that the government has provided you with an irrelevant "data dump."  Although we disagree with your characterization, the fact that they are unprocessed makes it easier to review and search the material in Microsoft Outlook, not harder.  We provided you with this material in an unprocessed format because processing it would have delayed the production by a few weeks.

      You further complain that some of the documents were redacted.  We will confirm, but it is our understanding the documents were produced in the form they were provided to the FBI.  You have also received FBI-302s relating to the substantive information provided by Ms.

Thomas that provides context to the .pst files.  *See, e.g.*, FBI-00060517-18, FBI-00060662-65, FBI-00060979, FBI-00065668.

      The remainder of your letter covers a topic that we have already addressed in our letter to you dated October 20, 2022.  It is also a topic that is raised in your motion to compel.  We will respond to it in greater detail when we file our opposition brief.

      Very truly yours,

      Jessica D. Aber
      United States Attorney

      Corey R. Amundson
      Chief, Public Integrity Section

      */s/ E. Sullivan*
      Edward P. Sullivan
      Special Assistant United States Attorney (LT)
      Senior Litigation Counsel, Public Integrity Section
      Heidi B. Gesch
      Assistant United States Attorney

**From:** "Gesch, Heidi (USAVAE)" <HGesch@usa.doj.gov>
**Date:** September 2, 2022 at 3:42:45 PM EDT
**To:** "Pease, III, John J." <john.pease@morganlewis.com>, "Sullivan, Edward (CRM)" <Edward.Sullivan@usdoj.gov>
**Cc:** "York, Jonathan P." <jonathan.york@morganlewis.com>
**Subject: RE: US v. Sotomayor**

John,

We have been working on tracking down answers to the issues addressed in your initial letter.  Below is what I know so far, and we will have to get back to you on the other issue you raised (regarding FBI-00049233, FBI-00049334, FBI-00049363, FBI-00049503, FBI-00049522, FBI-00049534, and FBI-00049536) after we look into it further.

Placeholder Documents
1. With respect to the place-holdered files, FBI-00053598-53605, I understand there was an error in loading them into the database that we use to produce discovery.  We have requested that these files be loaded into our system so they can be produced to you with our forthcoming discovery production.
2. The place-holdered files, 1D-00000001-1D-00000003 and 1D-00000005 to 1D-00000014, should be located on the hard drive we produced to you in the following folder: PROD 002/Native-Manually Placeholdered folder.  Within this folder are subfolders that have the same name as the bates numbers listed on the placeholders.  In order to play 1D1, 1D3, and 1D6, which are Hawk files, my understanding is that you need to copy the HAWK and Player folders onto a computer or other media with no preceding folder path.

Grand Jury testimony and interview reports
1. We have provided you with exceptionally early Jencks, including the grand jury transcripts you identified in your letter.  As we indicated to you previously, we will be producing additional interview reports and grand jury testimony in our next discovery production.

Technical Issues
2. We will include the BBG-00087795 to BBG-00087830 Bates range in our upcoming discovery production with the image overlay needed to load these files.
3. BBG-00087834-88539 and 1A-00000001 do appear to be duplicates.
4. We are not seeing the issue with the PROD-BEGATTACH and PROD_ENDATTCH fields; could you give us an example or two with specific Bates numbers where you are seeing the issue so we can take a look?
5. We have provided you with detailed indices to assist you in locating and reviewing the material you deem important.

We will be in touch regarding your second letter soon.

Best,

Heidi

**From:** Pease, III, John J. <john.pease@morganlewis.com>
**Sent:** Wednesday, August 31, 2022 4:30 PM
**To:** Sullivan, Edward (CRM) <Edward.Sullivan@usdoj.gov>; Gesch, Heidi (USAVAE) <HGesch@usa.doj.gov>

1

**Cc:** York, Jonathan P. <jonathan.york@morganlewis.com>
**Subject:** [EXTERNAL] US v. Sotomayor

Ed and Heidi,

Please see attached letter.  Can we please schedule a call tomorrow to discuss this letter and the one I sent to you on August 22?  Thanks for your consideration.

--John

**John J. Pease III**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5575 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
john.pease@morganlewis.com | www.morganlewis.com
Assistant: Patricia G. Figgs | +1.215.963.5389 | patricia.figgs@morganlewis.com



DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Gesch, Heidi (USAVAE)
**Sent:** Thursday, October 13, 2022 2:56 PM
**To:** Pease, III, John J. <john.pease@morganlewis.com>; Sullivan, Edward (CRM) <Edward.Sullivan@usdoj.gov>
**Cc:** York, Jonathan P. <jonathan.york@morganlewis.com>
**Subject:** RE: Sotomayor Discovery Issues -- Missing Images

John,

Our file copy of the production shows that these images were included. We are wondering if this may be a loading error on your side. Could you check on that and get back to us?

Heidi

**From:** Pease, III, John J. <john.pease@morganlewis.com>
**Sent:** Wednesday, October 12, 2022 2:31 PM
**To:** Sullivan, Edward (CRM) <Edward.Sullivan@usdoj.gov>; Gesch, Heidi (USAVAE) <HGesch@usa.doj.gov>
**Cc:** York, Jonathan P. <jonathan.york@morganlewis.com>
**Subject:** [EXTERNAL] Sotomayor Discovery Issues -- Missing Images

Ed and Heidi,

Attached to this email is a list of 563 documents for which no images were provided by your office. Can you please send us the images as soon as possible. Thanks.

--John

**John J. Pease III**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA19103-2921
Direct: +1.215.963.5575 | Main:+1.215.963.5000 | Fax: +1.215.963.5001
john.pease@morganlewis.com| www.morganlewis.com
Assistant: Patricia G. Figgs |+1.215.963.5389 | patricia.figgs@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and

confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

| | |
|---|---|
| **From:** | Gesch, Heidi (USAVAE) |
| **Sent:** | Monday, August 15, 2022 2:45 PM |
| **To:** | Pease, III, John J.; Sullivan, Edward P. (USAVAE); York, Jonathan P. |
| **Cc:** | Sullivan, Edward (CRM) |
| **Subject:** | RE: [EXTERNAL] RE: US v. Sotomayor - External Hard-Drive |

John,

Hope you had a good weekend. We checked with our paralegal, and for some reason, a separate index was not created for Volume 3 of production 1. However, all the documents from Volume 3 should be included in the overall index for production 1. This document name for this index is PROD001.xlsx, and it is located within the PROD 001 folder. I believe the materials from Vol. 3 of Prod001 start at line 194033 of the spreadsheet. I have included screen captures below showing which index I am referring to, and which line number. Hope that helps.

Thanks,
Heidi

| Name | Date modified | Type | Siz |
|---|---|---|---|
| PROD001-VOL1 | 7/9/2022 1:20 PM | File folder | |
| PROD001-VOL2 | 7/9/2022 4:12 PM | File folder | |
| PROD001-VOL3 | 7/9/2022 2:49 PM | File folder | |
| PROD001.xlsx | 1/28/2022 12:30 PM | Microsoft Excel W... | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 194032 | DOS-00000545 | | DOS-0000( | DOS-0000( | DOS-0000( | 0 |
| 194033 | DOS-00000545 | | DOS-0000( | DOS-0000( | DOS-0000( | 0 |
| 194034 | DOS-00000610 | | DOS-0000( | DOS-0000( | DOS-0000( | 0 |
| 194035 | DOS-00000616 | | DOS-0000( | DOS-0000( | DOS-0000( | 0 |
| 194036 | DOS-00000621 | | DOS-0000( | DOS-0000( | DOS-0000( | 0 |
| 194037 | DOS-00000625 | | DOS-0000( | DOS-0000( | DOS-0000( | 0 Z |
| 194038 | DOS-00000628 | | DOS-0000( | DOS-0000( | DOS-0000( | 0 |
| 194039 | DOS-00000632 | | DOS-0000( | DOS-0000( | DOS-0000( | 2 |

**From:** Pease, III, John J. <john.pease@morganlewis.com>
**Sent:** Wednesday, August 10, 2022 8:06 AM
**To:** Sullivan, Edward P. (USAVAE) <EPSullivan@usa.doj.gov>; York, Jonathan P. <jonathan.york@morganlewis.com>
**Cc:** Gesch, Heidi (USAVAE) <HGesch@usa.doj.gov>; Sullivan, Edward (CRM) <Edward.Sullivan@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: US v. Sotomayor - External Hard-Drive

Thanks, Ed. Jonathan will pick up the hard drive this morning. I will send a calendar invite for a call late on Friday.

**John J. Pease III**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5575 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
john.pease@morganlewis.com | www.morganlewis.com
Assistant: Patricia G. Figgs | +1.215.963.5389 | patricia.figgs@morganlewis.com



---

**From:** Sullivan, Edward P. (USAVAE) <Edward.P.Sullivan@usdoj.gov>
**Sent:** Tuesday, August 9, 2022 7:30 PM
**To:** Pease, III, John J. <john.pease@morganlewis.com>; York, Jonathan P. <jonathan.york@morganlewis.com>
**Cc:** Gesch, Heidi (USAVAE) <Heidi.Gesch@usdoj.gov>; Sullivan, Edward (CRM) <Edward.Sullivan@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: US v. Sotomayor - External Hard-Drive

[EXTERNAL EMAIL]
John – The hard drive is ready to go.  For discovery productions of this nature, the USAO makes the production available at the front desk.  If Jonathan (or an assistant stops by the office), it is listed under his name and firm.  The password for the hard drive is 127959001.

I am available late on Friday or over the weekend if you want to do a call regarding the proposed discovery order.   Thank you.

Regards,

Ed

Begin forwarded message:

**From:** "Pease, III, John J." <john.pease@morganlewis.com>
**Date:** August 9, 2022 at 9:27:19 AM EDT
**To:** "Sullivan, Edward (CRM)" <Edward.Sullivan@usdoj.gov>
**Cc:** "Gesch, Heidi (USAVAE)" <HGesch@usa.doj.gov>, "York, Jonathan P." <jonathan.york@morganlewis.com>
**Subject: [EXTERNAL] RE: US v. Sotomayor - External Hard-Drive**


Good morning, Ed and Heidi.  I am checking in on status of loading discovery materials onto the hard drive.  Can you please let me know when it will be ready?  Also, please let me know if you would like to schedule a call to discuss the discovery plan.  Thanks.


---John

**John J. Pease III**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5575 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
john.pease@morganlewis.com | www.morganlewis.com
Assistant: Patricia G. Figgs | +1.215.963.5389 | patricia.figgs@morganlewis.com



**From:** Sullivan, Edward (CRM) <Edward.Sullivan@usdoj.gov>
**Sent:** Monday, August 1, 2022 12:30 PM
**To:** Pease, III, John J. <john.pease@morganlewis.com>
**Cc:** Gesch, Heidi (USAVAE) <Heidi.Gesch@usdoj.gov>; York, Jonathan P. <jonathan.york@morganlewis.com>
**Subject:** RE: US v. Sotomayor - External Hard-Drive

[EXTERNAL EMAIL]
Thanks, John.  I believe we received the drive.  We will let you know when the processing work is done.  Thank you.

**From:** Pease, III, John J. <john.pease@morganlewis.com>
**Sent:** Monday, August 1, 2022 9:47 AM
**To:** Sullivan, Edward (CRM) <Edward.Sullivan@usdoj.gov>
**Cc:** Gesch, Heidi (USAVAE) <HGesch@usa.doj.gov>; York, Jonathan P. <jonathan.york@morganlewis.com>
**Subject:** [EXTERNAL] US v. Sotomayor - External Hard-Drive

Ed,

Attached please find an e-file copy of the transmittal letter along with a copy of the FedEx label for tracking purposes. I understand that it was just delivered to the USAO in Alexandria and is addressed to you.  Instructions for the hard drive required a PIN to be set prior to first use.  We passcode protected the hard drive:  The **passcode/PIN** for the hard-drive is:  **1279590001**.

Please let us know if you have any questions.  Thanks for your cooperation.

--John

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.