IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ,<br><br>    Plaintiff,<br><br>  v.<br><br>JULIO R. SOTOMAYOR<br>(a/k/a "JACE SOTOMAYOR"; "J.R. SOTOMAYOR"; "WIZARD"),<br><br>    Defendant. | Criminal No. 1:22-CR-00122 (RDA) |

**NOTICE REGARDING DEFENDANT JULIO R. SOTOMAYOR'S MOTION TO COMPEL PRODUCTION PURSUANT TO RULE 16 AND BRADY V. MARYLAND**

In accordance with Local Criminal Rule 47(E), the parties have agreed to submission of Defendant Julio R. Sotomayor's Motion to Compel Production Pursuant to Rule 16 and *Brady v. Maryland* (Dkt. Nos. 20, 21, and 22) to the Court without oral argument.

|  |  |
|---|---|
| Dated:  November 30, 2022 | /s/ *John J. Pease III* <br> John J. Pease III <br> Morgan, Lewis & Bockius LLP <br> 1701 Market Street <br> Philadelphia, PA 19103 <br> Telephone: (215) 963-5000 <br> Facsimile: (215) 963-5001 <br> john.pease@morganlewis.com <br><br> Jonathan P. York <br> 1111 Pennsylvania Avenue NW <br> Washington, DC 20004 <br> Telephone: (202) 739-3000 <br> Facsimile: (202) 739-3001 <br> jonathan.york@morganlewis.com <br><br> Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

      I, Jonathan P. York, Esquire, hereby certify that, on November 30, 2022, I have forwarded by the Court's electronic case filing system, a true and correct copy of the foregoing to the following persons:

              Edward P. Sullivan
              Special AUSA & Senior Litigation Counsel
              Heidi B. Gesch, AUSA
              United States Attorney's Office
              Justin W. Williams United States Attorney's Building
              2100 Jamieson Avenue
              Alexandria, VA 22314

              */s/ Jonathan P. York*
              Jonathan P. York