IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA , <br><br>          Plaintiff, <br><br>     v. <br><br> JULIO R. SOTOMAYOR <br> (a/k/a "JACE SOTOMAYOR"; "J.R. SOTOMAYOR"; "WIZARD"), <br><br>          Defendant. | Criminal No. 1 :22-CR-00122 (RDA) |

**[PROPOSED] ORDER**

Pursuant to Local Rule 49(E) of the Local Criminal Riles for the United States District Court for the Eastern District of Virginia, defendant Julio R. Sotomayor has moved to seal his "Response in Opposition to Government's Motion *in Limine* to Preclude Improper Cross-Examination Into Witness's Medical and Mental Health Histories" and accompanying exhibits.

The Court, having found that sealing of this material is necessary to safeguard the privacy of potential witnesses, having considered available alternatives that are less drastic than sealing, and finding non would suffice to safeguard the witnesses' privacy, and finding that this legitimate interest outweighs at this time any interest in the disclosure of the material; it is hereby **ORDERED** at the defendant, Julio R. Sotomayor's "Response in Opposition to Government's Motion *in Limine* to Preclude Improper Cross-Examination Into Witness's Medical and Mental Health Histories" and accompanying exhibits, the Motion to Seal, and this Order shall be maintained under seal and will remain under seal until unsealed by the Court.

It is **SO ORDERED**.

_____
HONORABLE ROSSIE D. ALSTON, JR.