Date: 1/30/2023 _____   Judge: Alston _____   Reporter: T. Harris
Time: 11:05 to 11:23

UNITED STATES of AMERICA
           Vs.

Julio R. Sotomayor _____        1:22CR00122-001 _____
Defendant's Name                    Case Number

Jonathan York, John Pease, III       Edward Sullivan, Heidi Gesch _____
Counsel for Defendant                Counsel for Government

Matter called for:
( ) Motions                 ( ) Setting Trial Date      (✓) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment             ( ) Appeal from USMC        ( ) Sentencing            ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.                   ( ) Pre-Indictment Plea   ( ) Other:

Defendant appeared:         (✓) in person               ( ) failed to appear
                            (✓) with Counsel            ( ) without counsel       ( ) through counsel

Arraignment & Plea:
 ( ) WFA    ( ) FA   (✓) PG   ( ) PNG   Trial by Jury:   ( ) Demanded    ( ) Waived

Defendant entered a Plea of Guilty as to Count 1 of the Indictment       Plea Accepted (✓)
Defendant directed to USPO for PSI:     (✓) Yes( ) No
Case continued to   6/28/2023   at   11:00   for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing

Counsel for the government indicated that proposed restitution order and forfeiture orders to be submitted prior to sentencing.

Bond Set at: $          ( ) Unsecured         ( ) Surety          ( ) Personal Recognizance
 ( ) Release Order Entered   ( ) Deft. Remanded   ( ) Deft. Released on Bond   (✓) Deft. Continued on Bond

Defendant is: ( ) In Custody   ( ) Summons Issued   (✓) On Bond   ( ) Warrant Issued   ( ) 1st appearance